IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| NITRIDE SOLUTIONS, INC. | ) | Case No. 21-10533 |
| | ) | Chapter 11 |
| Debtor | ) | |
| | ) | |

## APPLICATION FOR EXPEDITED HEARING

COMES NOW the Debtor, Nitride Solutions, Inc., by and through its attorney, Mark J. Lazzo, and for its Application for Expedited Hearing on its Motion for Interim Order Authorizing Debtor's Application to Obtain Post-Petition Secured Credit (the "Motion"), states and alleges that, for the reasons set forth in the Motion, a hearing on the Motion should be set on an expedited basis pursuant to Bankruptcy Rule 9006(c).

/s/Mark J. Lazzo
Mark J. Lazzo, #12790
3500 N. Rock Rd
Building 300, Suite B
Wichita KS 67226
(316) 263-6895
mark@lazzolaw.com
Attorney for Debtor

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was filed electronically on the 7th day of July, 2021, with the United States District Court for the District of Kansas, and shall be served on parties in interest via e-mail by the Court pursuant to CM/ECF, as set out on the Notice of Electronic Filing as issued by the Court and as required by the Federal Rules of Appellate Procedure and the Local Rules of the United States District Court for the District of Kansas, and by regular mail, postage prepaid and properly addressed, to the following:

/s/Elizabeth E. Velazquez
Elizabeth E. Velazquez
Legal Assistant to Mark J. Lazzo